JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Faamamata M. Tauanuu,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-01457-NJK<br><br>**MOTION FOR AN EXTENSION OF TIME TO PROVIDE THE COURT WITH A CD COPY OF THE CERTIFIED ADMINISTRATIVE RECORD**<br><br>(*FIRST REQUEST*) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 14-day extension of time to provide the Court with a compact disc ("CD") copy of the Certified Administrative Record (CAR) in this case. The Commissioner's answer and CAR are due to be filed by November 15, 2022. This motion would extend the due date for the CD copy of the CAR to November 29, 2022.

In Social Security disability cases, the Commissioner must file the CAR with the Commissioner's answer pursuant to 42 U.S.C. § 405(g). In addition to both a paper copy and an electronic copy of the CAR, the Commissioner normally provides the Court with a copy of the CAR on a CD in each case. However, due to personnel and technical problems specific to this case, the Commissioner is unable to create and deliver a CD copy of the CAR to the Court by the current due date for the answer and CAR. The persons within the Social Security Administration's Office of the General Counsel with the technical ability and knowledge of this Court's procedures necessary to produce the CD copy of the CAR have been on leave and unable to complete this task. As such, the undersigned attorneys have been unable to secure production of a CD copy of the CAR by the current due date, despite due diligence. Despite this inability to produce a CD copy, the Commissioner will be able to provide both a paper copy and an electronic copy of the CAR by the current due date. For this reason, the Commissioner requests a 14-day extension of time from November 15, 2022, to November 29, 2022, to provide the Court with a CD copy of the CAR.

The Commissioner submits that no prejudice will result from granting this extension. Under the scheduling orders in this district, Plaintiff's motion for reversal and/or remand will be due in 30 days after issuance of a scheduling order. Plaintiff will not be prejudiced by this extension, as Plaintiff's counsel will have access to the electronic CAR that the Commissioner intends to file on CM/ECF on the current deadline, such that Plaintiff's motion can be drafted and filed. In addition, the scheduling orders of this district generally allow the Commissioner to file a cross-motion to affirm and response to Plaintiff's motion within 30 days after Plaintiff's motion is filed. Plaintiff is also generally allowed another 20 days to file an optional reply. In light of this timeline, the earliest that the Court may require a CD copy of the CAR to adjudicate this case will be 60 days after the CAR is filed.

For these reasons, the Commissioner respectfully requests that the Court grant this motion and allow the CD CAR to be provided to the Court within 14 days after the answer, electronic CAR, and paper CAR are filed, thus moving the due date for the CD CAR to November 29, 2022.

Dated:  November 14, 2022

Respectfully submitted,

JASON M. FRIERSON
Acting United States Attorney

/s/ *David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2022