1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: marc.kalagian@rksslaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail: MRobles@shookandstone.com

10 Attorneys for Plaintiff Faamamata M. Tauanuu

# UNITED STATES DISTRICT Court

# DISTRICT OF NEVADA

| | |
|---|---|
| FAAMAMATA M. TAUANUU, | Case No.: 2:22-cv-01457-NJK |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Faamamata M. Tauanuu and Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from December 15, 2022 to December 29, 2022, for Plaintiff to send her Motion for Remand/Reversal with all other dates in

-1-

the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel because due to illness he is unable to complete briefing by December 15, 2022 and needs the additional time to fully research and brief the issues presented.

DATE: December 14, 2022   Respectfully submitted,

                         LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                         /s/ *Marc V. Kalagian*
            BY: _____
                 Marc V. Kalagian
                 Attorney for plaintiff Faamamata M. Tauanuu

DATE: December 14, 202   JASON M. FRIERSON
                             United States Attorney

                           /s/ *David Priddy*
            BY: _____

                 David Priddy
                 Special Assistant United States Attorney
                 |*authorized by e-mail|

DATED: December 15, 2022

IT IS SO ORDERED:

                     NANCY J. KOPPE
                     UNITED STATES MAGISTRATE JUDGE